UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| **Karan PAL** *Detained*<br>A-203 676 320,<br><br>　　　Petitioner,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, an agency of the United States Government; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, an agency of the United States Government; MATTHEW T. ALBENCE; Acting Director, Immigration and Customs Enforcement; and WILLIAM BARR, Attorney General of the United States,<br><br>　　　Respondents. | No. **1:20-cv-00011**<br><br>**PROPOSED ORDER** |

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue Suite 701
Seattle, WA 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.is.

The Court having considered Karan Pal's Motion to allow William Frick to appear pro hoc vice, hereby GRANTS the motion.

Dated this ___31st___ day of January, 2020

*[signature]*

For the Court

WILLIAM FRICK
ATTORNEY AT LAW
719 Second Avenue Suite 701
Seattle, WA 98104
206.286.0167 (voice)
206.770.7215 (fax)
william@fricklawfirm.info